UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL GREEN, | Case No. 2:15-cv-00530-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AMERICAN FAMILY INSURANCE, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered March 24, 2015, regarding removal of this case to federal district court. On April 13, 2015, Defendant filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than, May 19, 2015,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 5th day of May, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1