Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREEN, individually<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00530-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

The parties, by and through their undersigned counsel, stipulate and agree to continue the settlement conference currently set for March 30, 2016, at 9:30 a.m. The parties suggest to the Court the following dates: the weeks of March 14, 2016 or April 11, 2016, beginning at 10:00 a.m.

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

or later in the day to allow for Defendant's representative to fly in the morning of the Settlement Conference.

DATED this _____ day of January, 2016.       DATED this _____ day of January, 2016.

/s/ Scott A. Flinders
Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:  702-385-2500
Facsimile:  702-385-2086

*Attorney for Defendant*

/s/ Dustin Birch
Dustin Birch, Esq.
Paternoster Law Group, LLC
400 S. Fourth St., Third Floor
Las Vegas, Nevada 89101
Telephone: (702) 654-1111
FAX: (702) 522-1522

*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that the settlement conference currently set for March 30, 2016, at 9:30 a.m. is continued and re-set for the 7th day of April, 2016, at 1:30 p.m. The confidential settlement statements shall be due to chambers, Room 3071, no later than 4:00 p.m. March 31, 2016.  All other instructions within the original Order Setting Settlement Conference (Dkt. #23) remain as is.

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC

Peggy A. Leen
United States Magistrate Judge
Dated: January 27, 2016

/s/ Scott A. Flinders
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
sflinders@hutchlegal.com
*Attorneys for Defendant*