Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREEN, individually<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00530-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

The parties, by and through their undersigned counsel, stipulate and agree to continue the settlement conference currently set for April 7, 2016, at 1:30 p.m., to June 2, 2016, at 1:30 p.m. The reason for this stipulation is that the representative from defendant American Family Insurance Company is not available on April 7, 2016.  The American Family Insurance Company

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

representative has a previously scheduled mediation on April 7, 2016.

DATED this 7th day of March, 2016.            DATED this 7th day of March, 2016.

 /s/ Scott A. Flinders                          /s/ Dustin Birch
Scott A. Flinders (6975)                      Dustin Birch, Esq.
HUTCHISON & STEFFEN, LLC                      Paternoster Law Group, LLC
Peccole Professional Park                     400 S. Fourth St., Third Floor
10080 West Alta Drive, Suite 200              Las Vegas, Nevada 89101
Las Vegas, Nevada 89145                       Telephone: (702) 654-1111
Telephone: 702-385-2500                       FAX: (702) 522-1522
Facsimile: 702-385-2086

                                              *Attorneys for Plaintiff*

*Attorney for Defendant*

## ORDER

IT IS HEREBY ORDERED that the settlement conference currently set for April 7, 2016, at 1:30 p.m. is continued and re-set for the 2nd day of June, 2016, at 1:30 p. m.

DATED this 9th day of ___March___ 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

HUTCHISON & STEFFEN, LLC


 /s/ Scott A. Flinders
Scott A. Flinders (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
sflinders@hutchlegal.com
*Attorneys for Defendant*