GLENN A. PATERNOSTER, ESQ.
Nevada Bar No. 5452
DUSTIN E. BIRCH, ESQ.
Nevada Bar No. 10517
PATERNOSTER LAW GROUP, LLC
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
(702) 654-1111 - Telephone
(702) 522-1522 – Facsimile
glenn@paternosterlaw.com
dustin@paternosterlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL GREEN, individually<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE; DOES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:15-cv-00530-GMN-PAL<br><br>**STIPULATION AND ORDER TO WAIVE PLAINTIFF'S RIGHT TO APPEAL** |

The parties, by and through their undersigned counsel, stipulate and agree that Plaintiff will waive any right to appeal this Court's Decision on Defendant's Motion for Summary Judgment, entered March 23, 2016. Both parties will bear their own fees and costs.

Dated this _22nd_ day of April, 2016                    Dated this _22nd_ day of April, 2016

PATERNOSTER LAW GROUP, LLC                              HUTCHISON & STEFFEN, LLC


*/s/ Dustin E. Birch*_____                  */s/ Scott A. Flinders*_____
GLENN A. PATERNOSTER, ESQ.                              SCOTT A. FLINDERS, ESQ.
Nevada Bar No. 5452                                     Nevada Bar No. 6975
DUSTIN E. BIRCH, ESQ.                                   *Attorneys for Defendant*
Nevada Bar No. 10517
*Attorneys for Plaintiff*

# ORDER

IT IS HEREBY ORDERED that Plaintiff hereby waives any right to appeal this Court's Decision on Defendant's Motion for Summary Judgment, entered March 23, 2016. Both parties will bear their own fees and costs.

Dated this __2__ day of __May__, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

RESPECTFULLY SUBMITTED:

PATERNOSTER LAW GROUP, LLC


*/s/ Dustin E. Birch*_____
GLENN A. PATERNOSTER, ESQ.
Nevada Bar No. 5452
DUSTIN E. BIRCH, ESQ.
Nevada Bar No. 10517
*Attorneys for Plaintiff*