United States District Court for the

District of Nevada

File number Case No. 2:15-cv-00530-GMN-PAL

```
FILED ___        RECEIVED ___
ENTERED ___      SERVED ON ___
            COUNSEL/PARTIES OF RECORD

         MAY 1 0 2016

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

| | | |
|---|---|---|
| MICHAEL GREEN, | ) | |
| Plaintiff | ) | |
| v. | ) | Notice of Appeal |
| AMERICA FAMILY INSURANCE, | ) | |
| Defendant | ) | |
| _____ | ) | |

Notice is hereby given that Michael Green, Plaintiff in the above named case, hereby apppeal to the United States Court for the Ninth Circuit from an ORDER Granting Defendant's Motion for Summary Judgement Issued in the action on the 22 day of March 2016.

(s) _Michael Green_

In Proper person _Michael Green_

Address _3038 Palmdale Street_

_Las Vegas Nevada 89121_

_PH. 702 742-7379_